IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 10 2005
J. T. NOBLIN, CLERK
BY______DEPUTY

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
100 W. Capitol Street
Suite 207
Jackson, MS 39269,

Applicant,

v.

FEDEX EXPRESS CORPORATION
3660 Hacks Cross Road
Building F, 3rd Floor
Memphis, TN 38125

Respondent.

CIVIL ACTION NO. 3:05cv95WHB/AGN

APPLICATION FOR ORDER TO SHOW CAUSE WHY A SUBPOENA SHOULD NOT BE ENFORCED

1. This is an action for enforcement of a subpoena duces tecum, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII").

2. Jurisdiction is conferred upon the court by Section 706(f)(3), 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3. Applicant, the Equal Employment Opportunity Commission (the "Applicant"), is the federal agency charged with the administration, interpretation and enforcement of Title VII, including, inter alia, the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent is a transportation company offering expedited national and international delivery of packages to customers in more than 210 countries. Respondent does business in Mississippi and it's principal place of business is located at 3660 Hacks Cross Road, Building F, 3rd Floor, Memphis, Tennessee.

5. On August 10, 2004, pursuant to its authority under 29 U.S.C. § 161, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9, Applicant issued and served upon Respondent a subpoena duces tecum, numbered A4-JAO-20, requiring Respondent to produce information needed as part of Applicant's investigation of a charge of unlawful employment practices, Charge No. 131-2004-03907, which has been filed against Respondent.

6. Respondent has not filed a Petition for Revocation or Modification of the Subpoena.

7. Respondent has refused to comply with the Subpoena numbered A4-JAO-20. Specifically, Respondent has not provided an explanation as to why Charging Party was not chosen for the position of Service Assurance Leader; an explanation as to why Keith Culiver was or is paid at a higher rate of pay than Charging Party; complete personnel records for Charging Party and for Keith Culiver; a copy of Respondent's employment handbook, policies regarding promotions or job bid procedures, and copies of any applicable bargaining agreement that would affect Respondent's selections for promotions; a job description and/or a list of duties for the position of Service Assurance Leader; applications, interview notes and other relevant information for all applicants for the position of Service Assurance Leader; a list of employees supervised by Mike Wright (the person

who selected the employee to fill the position of Service Assurance Leader); a list of all current employees at the Richland, MS facility, identified by name, race, sex, hire date and job title and/or department; a list of all persons promoted at the Richland, MS facility between January 1, 2001 and the present, identified by name, race, sex, hire date, position promoted from, position promoted to, and promotion date; all information regarding the qualifications of the selectee for the position of Service Assurance Leader; payroll records from January 1, 2001 to the present for persons in the same classification as Charging Party along with the name, race, hire date, and overtime rate for each employee whose payroll records are produced; and the name and position of each selecting official who has/had knowledge that Charging Party filed a Guaranteed Fair Treatment Process grievance or otherwise protested discriminatory treatment.

8. The accompanying Declaration of Benjamin Bradley, Jackson Area Office Director (Exhibit A to the EEOC's Memorandum in Support of Application for Order to Show Cause, filed concurrently herewith), and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

(a) That the Court issue an Order directing Respondent to appear before this Court to show cause, if there be any, why an Order should not issue directing Respondent to comply with the subpoena;

(b) That, upon return of the Order to Show Cause, the Court issue an Order directing Respondent to comply with the subpoena; and

(c) That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be necessary and appropriate.

Respectfully submitted,

Eric Dreiband
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

Charles E. Guerrier
Regional Attorney
Ohio Bar # 0023546

Prisca M. DeLeonardo
Supervisory Trial Attorney
AL Bar # ASB-6535-D67P

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Ridge Park Place, Suite 2000
1130 22nd Street South
Suite 2000
Birmingham, AL 35205
Ph: 205/212-2048
fax 205/212-2041