IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                         PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:05CV95-WHB-JCS

FEDEX CORPORATION                                                DEFENDANT

<u>ORDER</u>

    This cause is before the Court on the Joint Motion to Dismiss Subpoena Enforcement Action, which was filed with the Clerk of the Court on May 23, 2006, under docket entry no. 7.  As the dismissal of this case is agreed upon by both parties, the Court finds that the Motion is HEREBY GRANTED.  A Final Judgment will be entered which dismisses this case with prejudice.

    SO ORDERED this the 25th day of May, 2006.


                                                <u>s/ William H. Barbour, Jr.</u>
                                                UNITED STATES DISTRICT JUDGE

tct