```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                          PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:05CV95-WHB-JCS

FEDEX CORPORATION                                                DEFENDANT


## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with Order which granted the Joint Motion to Dismiss, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 25th day of May, 2006.


                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

tct